IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| KEVIN R. CHAMBERS | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 6:10CV562 |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that this social security action be dismissed without prejudice for failure to prosecute and failure to comply with an order of the court pursuant to Fed. R. Civ. P. 41(b). No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the social security action is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with an order of the court pursuant to Fed. R. Civ. P. 41(b). It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 18th day of July, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**